**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of November, two thousand thirteen,

_____

Marjorie Charron, Theodore Charron, Andrew Maresmuro, Raymond Andrew Stahldavid, Kim Powell, on behalf of themselves and all others similarly situated,

    Plaintiffs - Appellants,

Enrique Suarez, Hamida Moumouni, Diogenes Abreu,

    Objectors - Appellants,

Buyers and Renters United to Save Harlem, Anthony Casanovas, Karen Flannagan, Tracey Moore, Russell Taylor, Diane Trummer,

    Plaintiffs,

All others similarly situated,

    Plaintiffs - Appellees,

v.

Joel Wiener, Pinnacle Group NY LLC,

    Defendants - Appellees,

Pinnacle Group Corporation, Pinnacle Group, LLC,

    Defendants.

**ORDER**

Docket Nos: 12-2834 (Lead)
                12-2907 (Con)

_____

Objectors-Appellants Enrique Suarez, Hamida Moumouni and Diogenes Abreu filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

